IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN RANDALL                              :     CIVIL ACTION
                                           :
                                           :
                                           :
              v.                           :
                                           :
OFFICER REYNOLDS, OFFICER GRAHAM,          :
OFFICER PALMER, OFFICER SMITH, and         :
OFFICER LICIARDELLO                        :     NO.  04-3983

## ORDER

AND NOW, this 27th day of April, 2006, it appearing that:

a.  by Order of September 24, 2004, the court granted as unopposed defen-
    dants' motion to consolidate this action with Civil Action 04-1081 and
    directed that Civil Action No. 04-3983 be closed for statistical purposes; and

b.  a civil jury trial was held in this matter, which concluded with a jury verdict
    on January 20, 2006.

It is therefore **ORDERED** that:

1.  Paragraph 1 of this court's Order of September 24, 2004, consolidating Civil Action No.
04-3983 with Civil Acton No. 04-1081 is **VACATED**.

2.  In accordance with jury interrogatories dated January 20, 2006, it appearing that the jury
found plaintiff, Brian Randall, failed to prove by a preponderance of the evidence that:

a.  defendants Officer Reynolds, Officer Smith and Officer Liciardello, arrested
    him without probable cause in violation of the Fourth Amendment to the
    United States Constitution; and

b.  defendants Officer Reynolds, Officer Smith and Officer Liciardello,
    maliciously initiated prosecution against him in violation of the Fourth
    Amendment to the United States Constitution,

**CIVIL JUDGMENT** is entered in Civil Action No. 04-3983 in favor of defendants Reynolds, Smith
and Liciardello and against plaintiff, Brian Randall.[1]

                                     /s/ Norma L. Shapiro
                                                                           S.J.

---

[1]Defendants Jeffrey Walker, Lewis Palmer, and Louis Cujdik were dismissed at time of
trial.